UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. DAVID SHIFRIN, DR. K. SHEILA SHIFRIN, THE SHIFRIN GROUP, LLC, THE D.A.S. GROUP, LLC, AND CHICAGO COSMETIC SURGERY GROUP INSTITUTE LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOES 1-78,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00799 |

**STATEMENT REGARDING RELATED CASE STATUS**

Shortly after they filed the Notice of Removal in this case, counsel for defendants John Doe 12 and John Doe 17 learned that a case almost identical to this one had been before this Court previously: *Shifrin et al., v John Does 1-78*, No. 20-cv-05932. Case No. 20-cv-05932 was filed on October 5, 2020; on October 28, 2020, plaintiffs moved for early discovery. DN 2. Judge Shah issued minute orders about that request, addressing the merits of the litigation. DN 3 (November 5, 2020); DN 6 (December 28, 2020). On December 28, 2020, plaintiffs filed a nearly identical complaint, alleging the same federal and state causes of action, in Cook County Circuit Court, and moved in that court for early discovery. On January 19, 2021, the plaintiffs filed a status report indicating that they had decided to pursue their claims in state court, DN. 9, and Judge Shah then ruled that the case was voluntarily dismissed. DN 10.

This case **is** that refiled case, now removed. Defendants' counsel has conferred with counsel for plaintiffs Charles Mudd, and, although defendants do not move for reassignment under Local Rule 40.4, both counsel agree that, although the two cases are not pending simultaneously, this is

likely a related case under Local Rules 40.3(b)(2) and 40.4.

                                                          Respectfully submitted,

                                                            /s/ Robert S. Held
                                                          Robert S. Held
                                                          Illinois Bar No. 6230978

                                                          Harrison & Held
                                                          333 West Wacker Drive
                                                          Suite 1700
                                                          Chicago, Illinois 60606
                                                          (312) 332-1111
                                                          rheld@harrisonheld.com


                                                            /s/ Paul Alan Levy
                                                          Paul Alan Levy
                                                          DC Bar No. 946400

                                                          Public Citizen Litigation Group
                                                          1600 20th Street, NW
                                                          Washington, D.C. 20009
                                                          (202) 588-7725
                                                          plevy@citizen.org

February 12, 2021                                    Attorneys for Defendants
                                                          John Doe 12 and John Doe 17