# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. DAVID SHIFRIN, ) | |
| DR. K. SHEILA SHIFRIN, ) | |
| THE SHIFRIN GROUP, LLC, ) | |
| THE D.A.S. GROUP, LLC, and, ) | |
| CHICAGO COSMETIC SURGERY ) | |
| INSTITUTE LLC, ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 21-cv-00799 |
| ) | |
| v. ) | Judge Franklin U. Valderrama |
| ) | |
| JOHN DOES 1-78, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

PLAINTIFFS DR. DAVID SHIFRIN, DR. K. SHEILA SHIFRIN, THE SHIFRIN GROUP, LLC, THE D.A.S. GROUP, LLC, and CHICAGO COSMETIC SURGERY INSTITUTE LLC ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss **without prejudice** DEFENDANTS JOHN DOE 1-11, 13-16, and 18-35 *only* and all claims asserted against them in this action.

Dated: April 30, 2021
      Chicago, Illinois

PLAINTIFFS,
DR. DAVID SHIFRIN
DR. K. SHEILA SHIFRIN
THE SHIFRIN GROUP, LLC
THE D.A.S. GROUP, LLC, and,
CHICAGO COSMETIC SURGERY

**/s/ Graham Deurance**
By: One of their Attorneys
Graham Deurance
MUDD LAW OFFICES
411 South Sangamon Street
Suite 1B
Chicago, Illinois 60607
312.964.5051 Telephone
graham@muddlaw.com

## CERTIFICATE OF SERVICE

  I, Graham Deurance, do hereby certify that service of this **NOTICE OF DISMISSAL** shall be accomplished pursuant to Electronic Case Filing ("ECF") as to ECF Users and shall be served upon other parties having filed appearances, identified below, via postage pre-paid U.S. mail all on the 30th day of April 2021.

              /s/ Graham Deurance
              Graham Deurance
              Mudd Law Offices
              411 South Sangamon Street, Suite 1B
              Chicago, Illinois 60607
              312.964.5051 Telephone
              312.803.1667 Facsimile
              graham@muddlaw.com

## SERVICE LIST

All parties who have filed appearances in this matter are represented by counsel who are ECF users.