

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

May 12, 2021

Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Shifrin et al v. Does 1-78
USDC No: 21cv799

Circuit Court No: 2021L013774

Dear Clerk:

A certified copy of an order entered on  04/28/2021  by the Honorable Franklin U. Valderrama , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ David Jozwiak
           Deputy Clerk